997 A.2d 1150

**CITY OF ERIE, Respondent**

v.

**PENNSYLVANIA LABOR RELATIONS BOARD, Petitioner.**

Supreme Court of Pennsylvania.

July 7, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of July, 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Must a public employer bargain over elimination of a pension benefit that was not found to be illegal by a court of law?

The parties are further directed to address issues regarding the proper manner of interpreting a collective bargaining

agreement; specifically, whether the decision of the Commonwealth Court comports with or diverges from principles of contract interpretation and the collective bargaining process guaranteed by Act 111.

Petitioner's Application for Leave to File a Post–Submission Communication, filed June 10, 2009, is hereby **GRANTED.**